SCOTT, *Assignee, v.* KNIGHT, *Ap't.*

On an examination, under P. S., c. 201, s. 27, of a person having in his possession assets of an insolvent debtor, the probate court has no authority to make a decree that such person shall deliver the assets to the assignee.

APPEAL, from a decree of the judge of probate.   Facts found by the court.   Page & Dowe, insolvent debtors, had assigned certain contracts to Van Wart & Co. as collateral security for

a debt. Van Wart & Co. assigned the contracts to one Knapp, who put them into the hands of the defendant, an attorney at law, for collection. Upon cause shown by affidavit of the plaintiff, the judge of probate summoned the defendant before him, and examined him in relation to the contracts, under P. S., *c.* 201, *s.* 27. On the facts obtained by such examination, the judge decreed that the defendant should deliver the contracts to the plaintiff, from which decree this appeal was taken. One reason assigned for the appeal was, want of jurisdiction to make the decree.

At the trial term the decree was reversed, on the ground that the proceeding before the judge of probate was an inquisition in which he had no authority to make the decree; and the plaintiff moved to set aside the reversal for error.

*Eastman, Young & O'Neill,* for the plaintiff.

*Charles H. Knight,* for the defendant.

BLODGETT, J. The probate court had no authority to make the decree. It could do nothing except to take the examination of the person complained of, to serve as a basis for other proceedings, by suit or otherwise, in the proper court. *Dodge* v. *McNeil,* 62 N. H. 168.

*Motion denied.*

CHASE, J., did not sit: the others concurred.